## STONE v. FRANCISCO MINING COMPANY.

[No. 11,673. Filed June 29, 1923. Rehearing denied October 5, 1923.]

MASTER AND SERVANT.—*Workmen's Compensation Act.—Accident Arising out of Employment.—Finding of Industrial Board.— Conclusiveness.*—In a proceeding for compensation under the Workmen's Compensation Act (§80201 *et seq.* Burns' Supp. 1921, Acts 1915 p. 392) the question whether the accident arises out of the employment is a question of fact for the Industrial Board, and its finding, when sustained by competent evidence, will not be disturbed on appeal.

From the Industrial Board of Indiana.

Proceedings for compensation under the Workmen's Compensation Act by J. Aster Stone against the Francisco Mining Company. From an award for defendant, the applicant appeals. *Affirmed.*

*Claude A. Smith* and *T. Morton McDonald,* for appellant.

*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor, William H. Bridwell* and *G. W. Buff,* for appellee.

State, ex rel., *v.* Lund—80 Ind. App. 349.

REMY, J.—The only question involved in this appeal is the sufficiency of the evidence to sustain the finding of the Industrial Board that the accident which resulted in the injury of appellant for which he claims compensation arose out of his employment. That was a question of fact for the Industrial Board. *Miller* v. *Beil* (1921), 75 Ind. App. 13, 129 N. E. 493; *American Hominy Co.* v. *Davis* (1920), 74 Ind. App. 622, 126 N. E. 703. See, also, *Hopkins* v. *Michigan Sugar Co.* (1914), 184 Mich. 87, 150 N. W. 325, L. R. A. 1916A 310; *Fitzgerald* v. *Clark* (1908), 2 K. B. 796. It appears from the record that there is competent evidence to sustain the finding.

Affirmed.

Dausman, J., dissents.